# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JULIE A. CLEMONS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*

    Defendants.

Case No. 2:19-cv-00248-RFB-PAL

**~~PROPOSED~~ ORDER**

This Court having been apprised by the United States of America that Nicholas A. Trutanich, United States Attorney for the District of Nevada, an authorized representative of the Attorney General of the United States of America, has certified that Federal Defendant Marcus Brandt was acting within the course and scope of his duties as an employee of the United States Navy at all times relevant to the events alleged in Plaintiff's Complaint pursuant to 28 U.S.C. §§ 2679(b)(1), (d)(2) and 2671 and having been apprised of the Substitution of the United States of America in place of Federal Defendant Marcus Brandt pursuant to 28 U.S.C. §§ 2679(b)(1), (d)(2) and 2671,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Federal Defendant Marcus Brandt is dismissed from this action on the grounds that the exclusive remedy for such claims is an action against the United States of America pursuant to 28 U.S.C. §§ 2679(b)(1), (d)(2) and 2671;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the United States of America has been substituted as a Federal Defendant in this case;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the caption of this action is and shall hereafter be modified as shown above to reflect the substitution of the United States of America in place of Federal Defendant Marcus Brandt.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** April 17, 2019