CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
ALLISON REPPOND
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov
Allison.Reppond@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Julie A. Clemons,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No. 2:19-cv-00248-RFB-BNW<br><br>**Stipulation and Order to Extend Pretrial Order Deadline**<br><br>**(Ninth Request)** |

　　　　Pursuant to Federal Rule of Civil Procedure 6 and the LR IA 6-1 and LR 26-4, the parties respectfully request that the Court approve this stipulation to extend the joint pretrial order deadline by 90 days. This is the parties' ninth request for an extension of the scheduling order deadlines but is only seeking to extend the deadline for the pretrial order due to extenuating circumstances.

　　　　The history of the previous extensions are laid out in the prior discovery stipulations. The parties acknowledge that this Court has previously granted multiple extensions, and that the Court indicated that no further extensions would be permitted. However, recently the lead attorney for Defendant has left the Nevada USAO and another AUSA in the Civil Division has recently retired. The cases for both of these newly departed AUSAs were reassigned to few attorneys and there is no hiring authorized for an indeterminate period of

time. In addition to this case, the undersigned is getting up to speed on other matters, some more pressing than others. The parties seek this final extension to accommodate the staffing issue within the Nevada USAO and believes the 90-day extension will assist newly assigned AUSAs to get up to speed in this case to prepare for trial and in alleviate some of the current backlog.

The parties, therefore, agree to the following modification of the scheduling order, and respectfully propose that the pretrial deadline of January 31, 2022, be extended 90 days to **May 1, 2022.**

Respectfully submitted this 5th day of January 2022.

/s/ Brianna Smith
Brianna Smith
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89103
Tele: (702) 388-6336

*Attorney for Defendant*

/s/ Srilata Shah
Srilata Shah
Paul Padda Law
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Plaintiff*

**ORDER**

IT IS ORDERED that ECF No. 60 is GRANTED.
Parties are advised that this will be the final extension,
and no further extensions will be granted.

**IT IS SO ORDERED**

**DATED:** 4:56 pm, January 06, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**