PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JULIE A. CLEMONS; individually,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 2:19-cv-0248-RFB-BNW

**STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**

**(Second Request)**

Pursuant to Federal Rule of Civil Procedure 6 and the Court's Local Rule of Civil Practice LR IA 6-1 the parties respectfully request that the Court approve this stipulation to extend the current deadline for the parties to submit a Joint Pretrial Order. The proposed Order is currently due today. The parties request and extension to and until May 9, 2022. This is the parties' second request for an extension to file the Joint Pretrial Order.[1]

In support of this Stipulation, the parties represent the following:

1. This is a case involving a personal injury claim with a significant number of medical records and witnesses.

2. Plaintiff's counsel completed a first draft of a proposed Joint Pretrial Order but was

---

[1] Although the last Stipulation was labelled "ninth" Stipulation for extension of time, it was in actuality the first stipulation to extend the time for filing a Joint Pretrial Order. See ECF No. 60. Thus, this is the second request.

not able to forward it to government counsel until this past weekend (Saturday). Plaintiff's counsel has explained to government counsel that he was not able to send the draft earlier because of his numerous case commitments during the past week which included, among other things, having to prepare and take three depositions and prepare for a medical malpractice trial scheduled within this month.

3. Having received the draft of the proposed Joint Pretrial Order, government counsel will need sufficient time to review it and add the government's information pertaining to witnesses and exhibits. Although government counsel has been doing that today, an additional week will permit the parties to properly coordinate the finalization of the proposed Order and file it with the Court.

4. The parties are mindful that the Court previously stated no further extensions would be permitted. However, given the heavy caseloads that counsel for the respective parties have been under, the undersigned respectfully request that the Court permit this one final extension to submit the proposed Joint Pretrial Order. Counsel for the parties have a good working relationship and are working diligently to complete the proposed Order.

5. Undersigned counsel respectfully request that the Court approve this Stipulation and permit the parties file the Joint Pretrial Order on or before May 9, 2022.

|  |  |
|---|---|
| /s/ Brianna Smith | /s/ Paul S. Padda |
| _____ | _____ |
| Brianna Smith, Esq. | Paul S. Padda, Esq. |
| Assistant United States Attorney | 4560 South Decatur Blvd., Suite 300 |
| United States Attorney's Office | Las Vegas, Nevada 89103 |
| 501 Las Vegas Blvd. South, Suite 1100 | Tele: (702) 366-1888 |
| Las Vegas, Nevada 89103 |  |
| Tele: (702) 388-6336 | Attorney for Plaintiff |
| Attorney for Defendant | Dated: May 2, 2022 |
| Dated: May 2, 2022 |  |

Respectfully submitted,

**ORDER**

Good cause shown, IT IS ORDERED that ECF No. 62 is GRANTED.

IT IS SO ORDERED
DATED: 2:28 pm, May 03, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940