# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JULIE A. CLEMONS; individually,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 2:19-cv-0248-RFB-BNW

**PRETRIAL ORDER**

After pretrial proceedings in this case,

IT IS SO ORDERED:

**I.**

This is a tort action brought under the Federal Tort Claims Act (FTCA), wherein Plaintiff Julie Clemons alleges she sustained personal injuries arising out of a motor vehicle accident occurring on December 11, 2015.

**II.**

The Court's subject matter jurisdiction arises under the FTCA, codified at 28 U.S.C. § 1346 *et. seq*. Because this is an FTCA case, the Court will be acting as the trier-of-fact. There will be no jury trial in this case. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

**III.**

The following facts are admitted by the parties and require no proof:

1. Plaintiff, Defendant's employee Marcus G. Brandt, and a third driver, Juan Acosta, were involved in a motor vehicle accident on or about December 11, 2015.

2. At the time of the accident, Mr. Brandt was acting in the course and scope of his

duties as an employee of the United States.

**IV.**

The following facts, though not admitted, will not be contested at trial by evidence to the contrary:  None.

**V.**

The following are the issues of fact to be tried and determined at trial from Plaintiff's perspective:

1. Whether Defendant and its employee owed Plaintiff a duty of care.

2. Whether Defendant and its employee breached that duty of care.

3. Whether Defendant's breach of the duty of care was the actual and proximate cause of Plaintiff's damages.

4. The amount of damages sustained by Plaintiff for which she is entitled to compensation.

The following are the issues of fact to be tried and determined at trial from Defendant's perspective:

1.    The duty of care owed and to whom.

2.    The actions or inactions taken to constitute a breach of duty of care.

3.    The mechanism of the cause of the accident.

4.    Whether, and to what extent, Plaintiff suffered injury and/or sustained damages from the accident.

5.    The extent and quality of Plaintiff's pre-existing medical conditions.

6.    Whether Plaintiff's alleged damages, if any, are attributable to medical conditions that pre-existed the accident.

   7. Whether Plaintiff contributed to her own alleged damages.

   8. Whether, and to what extent, Plaintiff incurred damages as a proximate cause of the negligence of others.

   9. The type and extent of damages claimed for (1) past medical expenses; (2) future medical expenses; (3) pain and suffering; and (4) lost wages and future earnings.

   10. Whether Plaintiff's claim for medical damages were reasonably and necessarily incurred and caused by the accident.

   11. Plaintiff's efforts to mitigate her alleged damages.

## VI.

The following are the issues of law to be tried and determined at trial:

   **1.  Duty of Care.** Generally, everyone has a duty to exercise reasonable care when their conduct creates a risk of physical harm to others. Nev. J.I. 4.3. Negligence is the failure to exercise that degree of care which an ordinarily careful and prudent person would exercise under the same or similar circumstances. *Id.* Ordinary care is that care which persons of ordinary prudence exercise in the management of their own affairs in order to avoid injury to themselves or to others. *Id.* The issues as to duty are:

   a. Whether the parties owed a duty of care.

   **2.  Proximate Cause.** A proximate cause of injury, damage, loss, or harm is a cause which, in natural and continuous sequence, produces the injury, damage, loss, or harm, and without which the injury, damage, loss, or harm, would not have occurred. Nev. J.I. 4.4. The particular issues as to causation are:

   a. Whether a breach in the duty of care proximately caused the accident.

3. **Comparative Negligence.** A plaintiff may not recover damages if her comparative negligence has contributed more to her injury than the negligence of the defendant. Nev. J.I. 4.8. However, if the plaintiff is negligent, the plaintiff may still recover a reduced sum, so long as her comparative negligence was not greater than the negligence of the defendant. *Id*. Plaintiff does not believe there are any facts to support a finding of comparative negligence in this case. However, from Defendant's perspective, the particular issues as to comparative fault are as follows:

    a. Whether Plaintiff was negligent (and if so, by what percentage).

    b. Whether Plaintiff's negligence was a substantial factor in causing her own harm.

    c. Does Plaintiff's percentage of negligence exceed the negligence of Brandt, if any, barring recovery pursuant to NRS 41.141.(1).

    d. The percentage of negligence attributable to the Plaintiff shall reduce the amount of such recovery by the proportionate amount of such negligence and the reduction will be made by the Court.

4. **Negligence of non-parties.**

    a. Whether non-party Acosta was negligent (and if so, by what percentage) in causing the accident.

5. **Damages.** In determining losses, if any, suffered by the Plaintiff as a proximate (legal) cause of the accident, the Court must take into consideration the nature, extent and duration from the evidence and decide upon a sum to reasonably and fairly compensate: (a) reasonable and necessary medical expenses incurred in the past; (b) reasonable and necessary medical expenses reasonably certain to incur in the future as a result of the accident; (c) lost earnings that were incurred and future earnings that are reasonably certain to have been lost in

the future; (d) pain and suffering; (e) loss of household services. *See* Nev. J.I. 5.1. Additional issues for the Court's determination are:

    a. Whether Plaintiff's injuries, if any, were caused by pre-existing medical conditions that existed prior to the accident. [A person who has a condition or disability at the time of the injury is not entitled to recover damages therefor. *See* Nev. J.I. 5.3. But, she may be entitled to recover damages for any aggravation of such pre-existing condition or disability resulting from the injury. Id. This is true even if the person's condition or disability made her more susceptible to the possibility of ill effects than a normally healthy person would have been, and even if a normally healthy person probably would not have suffered any substantial injury. Id.]

    b. Whether Plaintiff mitigated her alleged damages.

## VII.

(a) The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:

<u>Stipulated Exhibits Agreed To By The Parties</u>

None.

(b) As to the following exhibits, the party against whom the same will be offered objects to their admission on the grounds stated:

<u>Plaintiff's Exhibits & Defendant's Objections</u>

| **Plaintiff's Exhibits** | **Defendant's Objections** |
|---|---|
| Traffic Accident Report PR JC 01-09 | Unfair prejudice, hearsay, lack of foundation, authentication. Fed. R. Evid. 403, 701–702, 801, 901. |
| Advanced Orthopedics and Sports Medicine medical records AOSM JC 01-62 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |

| | | |
|---|---|---|
| 1 | Bellin Heath medical records BH JC 01-105 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 2 | | |
| 3 | Body Wise, Inc. medical records BW JC 01 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 4 | CD Laboratories records CL JC 01-05 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 5 | | |
| 6 | CVS Pharmacy records CVS JC 01-12 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 7 | | |
| 8 | Gobinder Chopra Ltd. medical records GC JC 1-41 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 9 | | |
| 10 | DBA Anesthesia Associates medical records DBA JC 1 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 11 | | |
| 12 | Don Nobis medical records DNPPT JC 01-121 | Authentication, relevance, unfair prejudice, hearsay, lack of foundation. Fed. R. Evid. 401, 801, 901. Because these records were not timely disclosed during discovery, they are also subject to exclusion under Fed. R. Civ. P. 37(c). |
| 13 | | |
| 14 | Express Scripts records ES JC 1-11 | Relevance, unfair prejudice, hearsay, lack of foundation. Fed. R. Evid. 401–403, 801. |
| 15 | | |
| 16 | Holy Family Memorial records HFM JC 1-75 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 17 | | |
| 18 | Las Vegas Neurology records LVNC 1-89 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 19 | | |
| 20 | Las Vegas Neurosurgery records LVNOR JC 1-28 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 21 | | |
| 22 | Las Vegas Radiology records LVRAD 1-4 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 23 | Dr. Mortillaro records LFM JC 1-77 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 24 | | |
| 25 | Next Step Medical records NSM JC 1-5 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 26 | | |
| 27 | Pain Institute of Nevada records PIN JC 1-63 | Relevance, unfair prejudice, hearsay, lack of foundation. Fed. R. Evid. 401–403, 801. |
| 28 | | |

| | | |
|---|---|---|
| 1 | Parkway Surgery Center records PSC JC 1-44 | Relevance, unfair prejudice, hearsay, lack of foundation. Fed. R. Evid. 401–403, 801. |
| 2 | Primary Care Consultants records PCC JC 1-11 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 3 | Pueblo Medical Imaging records PMI JC 1-0 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 4 | Quick Care records QCLV JC 1-6 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 5 | Select PT records SPT JC 1-157 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 6 | SimonMed records SMI JC 1-7 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 7 | Steinberg Diagnostics records SDMI JC 1-2 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 8 | UW Hospital records UW JC 1-33 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 9 | Valley View Surgery Center records VVS JC 01-80 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 10 | Pain Institute of Nevada records PIN JC 64-148 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 11 | Desert Radiology records DR JC 1-4 | Relevance, unfair prejudice, hearsay, lack of foundation. Fed. R. Evid. 401–403, 801. |
| 12 | Photos of Plaintiff Photo JC 01-4 | Relevance, unfair prejudice, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 13 | Southern Hills Hospital records SH JC 1-387 | Relevance, unfair prejudice, hearsay, lack of foundation. Fed. R. Evid. 401–403, 801. |
| 14 | Driving History Report DH JC 1 | Relevance, hearsay, unfair prejudice, improper character evidence, authentication, lack of foundation. Fed. R. Evid. 401–404, 801, 901. |
| 15 | Photos of Nissan Altima Photo JC 05-9 | Relevance, unfair prejudice, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |

| | | |
|---|---|---|
| 1 | Volt Management records<br>VM JC 01-12 | Hearsay, authentication, lack of foundation. Fed. R. Evid. 801, 901. |
| 2 | OptumCare Ortho<br>OCOS JC 1-73 | Relevance, unfair prejudice, hearsay, lack of foundation. Fed. R. Evid. 401–403, 801. |
| 3 | Aurora Bay Medical Center<br>ABMC JC 1-194 | Relevance, unfair prejudice, hearsay, lack of foundation. Fed. R. Evid. 401–403, 801. |
| 4 | LabCorp LC JC 01-13 | Relevance, unfair prejudice, hearsay, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 5 | Valley View Home Health<br>VVHC JC 1-88 | Relevance, unfair prejudice, hearsay, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 6 | Valley View Surgery Center<br>VVS JC 81-110 | Relevance, unfair prejudice, hearsay, lack of foundation. Fed. R. Evid. 401–403, 801. |
| 7 | Las Vegas Neurosurgery records<br>LVNOR JC 29-130 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 8 | Las Vegas Radiology<br>LVRAD JC 05-16 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 9 | Steinberg Diagnostic<br>SDMI JC 03-09 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 10 | CD Laboratories<br>CL JC 06-31 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 11 | Mountain View Hospital<br>MVH JC 01-24 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 12 | Desert Radiology<br>DR JC 05-21 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |
| 13 | Radiology Chartered<br>RC JC 01 | Relevance, unfair prejudice, hearsay, authentication, lack of foundation. Fed. R. Evid. 401–403, 801, 901. |

<u>Defendant Exhibits & Plaintiff's Objections</u>

None.

(c) Electronic evidence: At this time, neither party anticipates presenting any electronic evidence. Should that change, the Court will be notified immediately.

(d) Depositions:

(1) Plaintiff will offer the following depositions: None.

(2) Defendant will offer the following depositions: Defendant does not intend to offer page and line designations at this time for any deposition transcripts. In the event Defendant learns that a witness is unavailable to testify at trial, Defendant will notify all parties and the Court of page and line designations of the unavailable witness' deposition transcript to offer at trial. Defendant reserves the right to use deposition transcripts to refresh recollection, to impeach, and otherwise to use at trial in accordance with applicable rules, *e.g.*, Fed. R. Civ. P. 32, and Fed. R. Evid. 801(d).

(e) Objections To Depositions:

(1) Plaintiff's Objections: None.

(2) Defendant's Objections: None.

## VIII.

The following witnesses may be called by the parties at trial:

(a) Plaintiff's witnesses

| Witness(s) | Witness(s) Address |
|---|---|
| Julie Clemons | c/o Paul Padda Law[1] |
| Marcus Brandt | c/o USAO-NV[2] |

---

[1] Paul Padda Law, 4560 South Decatur Blvd., Suite 300, Las Vegas, Nevada 89103 (Tele: 702.366.1888).

[2] United States Attorney's Office for the District of Nevada, 501 Las Vegas Blvd. South, Suite 1100, Las Vegas, Nevada 89101 (Tele: 702.388.6336).

| | | |
|---|---|---|
| 1 | Marvin Clemons | c/o Paul Padda Law |
| 2 | PMK USAO | c/o USAO-NV |
| 3, 4, 5 | PMK Enterprise Holdings COR/PMK/30(b)(6)[3] | c/o Anthony T. Garasi, Esq. Bremer White Brown & O'Meara 1160 N. Town Center Dr., #250 Las Vegas, Nevada 89144 Tele: (702) 258-6665 |
| 6, 7 | Zachary Allen Lary | |
| 8 | Sarah Elizabeth Zimmerman | |
| 9 | James Nicholas Nestor | |
| 10 | Jenny R. Neuman | |
| 11, 12 | Maryellen Brandt | 361 Teal Road, Lindenhurst, Illinois 60046 Tele: (847) 356-8574 |
| 13 | Mykayla Dawn Nelson | |
| 14 | Kim E. Montoya | |
| 15, 16 | Juan Acosta | 4810 S. Nellis Blvd. Las Vegas, Nevada 89121 Tele: (702) 689-4243 |
| 17, 18 | Losana Ricardo | 4724 Lake Stream Ave. Las Vegas, Nevada 89110 Tele: (702) 773-8055 |
| 19, 20, 21 | Brittanie Dougherty | 4804 East Washington Ave. Las Vegas, Nevada 89131 Tele: (702) 773-7921 |
| 22, 23 | Officer Nakagawa (ID #5476) | c/o Las Vegas Metropolitan Police Department, 400 S. Martin Luther King Blvd. Las Vegas, Nevada 89106 Tele: (702) 828-3111 |
| 24, 25 | Raeh Williams, Milton Hines and/or COR/PMK/30(b)(6) | c/o Telus International 2251 S. Decatur Blvd. Las Vegas, Nevada 89102 |

---

[3] "COR/PMK/30(b)(6)" refers to Custodian of Records, Person Most Knowledgeable and Federal Rule of Civil Procedure 30(b)(6) witnesses.

| | | |
|---|---|---|
| | | Tele: (702) 238-7900 |
| Ana Arriero and/or COR/PMK/30(b)(6) | | c/o Volt Workforce Solutions<br>2401 N. Glassell Street<br>Orange, California 92865<br>Tele: (714) 921-8800 |
| Andrew M. Cash, M.D. | | 9339 W. Sunset Rd., Suite 100<br>Las Vegas, Nevada 89148<br>Tele: (702) 630-3472 |
| Santo Steven Bifulco, M.D., CLCP | | 15438 N. Florida Ave., #140<br>Tampa, Florida 33613<br>Tele: (813) 321-3676 |
| Stan Smith, Ph.D. | | 1165 N. Clark Street, #600<br>Chicago, Illinois 60610<br>Tele: (312) 943-1016 |
| Mario Tarquino, M.D., and/or COR/PMK/30(b)(6) | | c/o Quick Care Las Vegas<br>3111 S. Maryland Pkwy, #100<br>Las Vegas, Nevada 89109<br>Tele: (702) 732-7407 |
| COR/PMK/30(b)(6) | | c/o CVS Pharmacy<br>One CVS Drive<br>Woonsocket, R.I. 02895<br>Tele: (800) 746-7287 |
| Don Nobis, P.T. and/or COR/PMK/30(b)(6) | | c/o Don Nobis Physical Therapy<br>801 S. Rancho Dr., Suite F4<br>Las Vegas, Nevada 89106<br>Tele: (702) 735-4844 |
| Gobinder S. Chopra, M.D. and/or COR/PMK/30(b)(6) | | c/o GS Chopra Ltd.<br>3201 S. Maryland Pkwy, #314<br>Las Vegas, Nevada 89109<br>Tele: (702) 796-8500 |
| X. Nick Liu, M.D.<br>Randall E. Yee, M.D.<br>COR/PMK/30(b)(6) | | c/o Advanced Orthopedics<br>8420 West Warm Springs Road, Suite 100<br>Las Vegas, Nevada 89113<br>Tele: (702) 740-5327 |
| Eric Biesbroeck, M.D.<br>Joel Lin, M.D.<br>COR/PMK/30(b)(6) | | c/o Pueblo Medical Imaging<br>5495 S. Rainbow Blvd., #101<br>Las Vegas, Nevada 89118 |

| | | |
|---|---|---|
| 1 | | Tele: (702) 228-0031 |
| 2 | COR/PMK/30(b)(6) | c/o Body Wise, Inc.<br>P.O. Box 531104<br>Henderson, Nevada 89053<br>Tele: (702) 446-8006 |
| 5 | COR/PMK/30(b)(6) | c/o LABCORP<br>P.O. Box 2240<br>Burlington, N.C. 27216<br>Tele: (800) 845-6167 |
| 8 | Elizabeth Huck, M.D.<br>COR/PMK/30(b)(6) | c/o Las Vegas Radiology<br>7241 West Sahara Ave., #120<br>Las Vegas, Nevada 89117<br>Tele: (702) 254-5004 |
| 11 | COR/PMK/30(b)(6) | c/o Valley View Surgical<br>100 N. Green Valley Pkwy, #125<br>Henderson, Nevada 89074<br>Tele: (702) 616-4954 |
| 13 | Robert Chiascione, M.D.<br>Thomas Miller, PA-C<br>COR/PMK/30(b)(6) | c/o Box Canyon Primary Care<br>2647 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>Tele: (702) 228-0031 |
| 16 | Howard Francois, M.D.<br>Michael Schunk, M.D.<br>John Griffith, M.D.<br>Hubert Chin, M.D.<br>COR/PMK/30(b)(6) | c/o Desert Radiologists<br>2020 Palomino Lane, #100<br>Las Vegas, Nevada 89106<br>Tele: (702) 228-0031 |
| 19 | Jaymin Chang, M.D.<br>COR/PMK/30(b)(6) | c/o DBA Anesthesia Associates<br>129 W. Lake Mead Pkwy, Suite B18<br>Tele: (702) 558-1522 |
| 20 | COR/PMK/30(b)(6) | c/o Next Step Medical<br>6048 S. Durango Dr., Suite 115<br>Las Vegas, Nevada 89113<br>Tele: (702) 489-8165 |
| 23 | Paul H. Janda, M.D.<br>COR/PMK/30(b)(6) | c/o Las Vegas Neurology<br>2010 Goldring Ave., #306<br>Tele: (702) 432-2233 |
| 25 | Travis Snyder, M.D.<br>Joseph Kavanaugh, M.D.<br>COR/PMK/30(b)(6) | c/o SimonMed Imaging<br>P.O. Box 207465<br>Dallas, Texas 75320<br>Tele: (702) 723-8255 |
| 27 | COR/PMK/30(b)(6) | c/o Louis F. Mortillaro & Associates<br>501 S. Rancho Drive, Suite F-37 |

| | | |
|---|---|---|
| 1 | | Las Vegas, Nevada 89106<br>Tele: (702) 388-9403 |
| 2 | Mark Kabins, M.D.<br>COR/PMK/30(b)(6) | c/o Las Vegas Neurosurgery<br>501 S. Rancho Drive, #I-67<br>Las Vegas, Nevada 89106<br>Tele: (702) 243-4700 |
| 3 | Ryan Dopirak, M.D.<br>COR/PMK/30(b)(6) | 1650 S. 41st Street<br>Manitowoc, Wisconsin 54220<br>Tele: (920) 320-5241 |
| 4 | David Kaufman, M.D.<br>Stacey Gruber, M.D.<br>Heather Stanko, M.D.<br>COR/PMK/30(b)(6) | c/o Neurology Consultants<br>725 S. Webster Avenue, #201<br>Green Bay, Wisconsin 54301<br>Tele: (920) 430-7100 |
| 5 | Mariam El-Baghdadi, M.D.<br>COR/PMK/30(b)(6) | c/o HFM Pain Clinic<br>2300 Western Avenue<br>Manitowoc, Wisconsin 54220<br>Tele: (920) 320-3185 |
| 6 | Michael H. Hoffman, M.D.<br>Michael Hodulik, M.D.<br>COR/PMK/30(b)(6) | c/o Bellin Memorial Hospital<br>P.O. Box 22487<br>Green Bay, Wisconsin 54305<br>Tele: (920) 445-7313 |
| 7 | Matthew Koeberl, M.D.<br>COR/PMK/30(b)(6) | c/o Lakeshore Radiology<br>2300 Western Avenue<br>Manitowoc, Wisconsin 54220<br>Tele: (920) 320-3800 |
| 8 | Robert Monette, M.D.<br>Richard Horak, M.D.<br>COR/PMK/30(b)(6) | c/o Radiology Chartered<br>1789 Shawano Avenue<br>Green Bay, Wisconsin 54303<br>Tele: (920) 499-1428 |
| 9 | Gil Freeman, M.D.<br>COR/PMK/30(b)(6) | c/o Bellin Health Sports Medicine<br>1630 Commanche Avenue<br>Green Bay, Wisconsin 54313<br>Tele: (920) 445-7222 |
| 10 | Scott Anderson, M.D.<br>Samuel Charles, M.D.<br>Elizabeth Teigen, M.D.<br>Jonathan Tueting, M.D.<br>Humberto Rosas, M.D.<br>COR/PMK/30(b)(6) | c/o UW Health Hospitals<br>P.O. Box 2916<br>Milwaukee, Wisconsin 53201<br>Tele: (877) 565-0505 |
| 11 | COR/PMK/30(b)(6) | c/o CD Laboratories, Inc.<br>810 Gleneagles Ct., #100<br>Baltimore, Maryland 21286<br>Tele: (410) 296-1400 |
| 12 | COR/PMK/30(b)(6) | c/o Express Scripts<br>8931 Springdale Avenue |

| | | |
|---|---|---|
| 1 | | St. Louis, Missouri 63134<br>Tele: (800) 332-5455 |
| 2 | Katherine Travnicek, M.D.<br>COR/PMK/30(b)(6) | c/o Pain Institute of Nevada<br>7435 W. Azure Drive, #190<br>Las Vegas, Nevada 89130<br>Tele: (702) 878-8252 |
| 3 4 | COR/PMK/30(b)(6) | c/o Valley View Surgery Center<br>1330 S. Valley View Blvd.<br>Las Vegas, Nevada 89102<br>Tele: (702) 675-4600 |
| 7 8 | Beraldo Vazquez-Corrrea, M.D.<br>COR/PMK/30(b)(6) | c/o Primary Care Consultants<br>P.O. Box 778195<br>Henderson, Nevada 89077<br>Tele: (702) 492-7208 |
| 9 10 11 | Mitesh Patel, M.D.<br>COR/PMK/30(b)(6) | c/o Steinberg Diagnostic<br>2950 S. Maryland Pkwy<br>Las Vegas, Nevada 89109<br>Tele: (702) 732-6000 |
| 12 13 | COR/PMK/30(b)(6) | c/o Southern Hills Hospital<br>9300 West Sunset Road<br>Las Vegas, Nevada 89148<br>Tele: (702) 880-2100 |
| 14 15 16 | Evelyn Fitzgerald, R.N.<br>Steve Wondel, P.T.<br>Sheryll Collings, O.T.<br>COR/PMK/30(b)(6) | c/o Valley View Home Health<br>6767 W. Charleston Blvd., #150<br>Las Vegas, Nevada 89146<br>Tele: (702) 463-1100 |
| 17 18 19 | Natalie Anderton, PT<br>Gregory Bares, PT<br>Sean Ellis, PT<br>Beua Gronert, PT<br>Sara Elliot, PT<br>COR/PMK/30(b)(6) | c/o Select Physical Therapy<br>2904 W. Horizon Ridge Pkwy, Suite 121<br>Henderson, Nevada 89052<br>Tele: (702) 897-7331 |
| 20 21 22 | COR/PMK/30(b)(6) | c/o Holy Family Memorial Medical Center<br>P.O. Box 1450<br>Manitowac, Wisconsin 54221<br>Tele: (920) 320-2278 |
| 23 24 | COR/PMK/30(b)(6) | c/o Valley Hospital<br>620 Shadow Lane<br>Las Vegas, Nevada 89106<br>Tele: (702) 894-5738 |
| 25 26 27 | Michael Elliott, Ph.D.<br>COR/PMK/30(b)(6) | c/o Michael Elliott, Ph.D.<br>1661 West Horizon Ridge Pkwy, Suite 280<br>Henderson, Nevada 89012<br>Tele: (702) 307-0133 |
| 28 | COR/PMK/30(b)(6) | c/o West Valley Surgery Center |

| | |
|---|---|
| | 1330 S. Valley View Blvd.,<br>Las Vegas, Nevada 89102<br>Tele: (702) 675-4600 |
| Galen Kam, M.D.<br>COR/PMK/30(b)(6) | c/o Optumcare Orthopedics<br>4750 W. Oakey Blvd., #401<br>Las Vegas, Nevada 89102<br>Tele: (702) 724-8877 |
| COR/PMK/30(b)(6) | c/o University Medical Center<br>1800 West Charleston Blvd.<br>Las Vegas, Nevada 89102<br>Tele: (702) 383-2000 |
| COR/PMK/30(b)(6) | c/o Advanced Urgent Care<br>9975 South Eastern Ave., #110<br>Las Vegas, Nevada 89183<br>Tele: (702) 361-2273 |
| Galen Kam, M.D.<br>Joshua Owen, M.D.<br>COR/PMK/30(b)(6) | c/o Mountainview Hospital<br>3100 North Tenaya Way<br>Las Vegas, Nevada 89128<br>Tele: (702) 962-8400 |
| COR/PMK/30(b)(6) | c/o Fremont Emergency Services<br>P.O. Box 638972<br>Cincinnati, Ohio 45263-8972<br>Tele: (888) 952-6772 |
| COR/PMK/30(b)(6) | c/o Radiology Specialists<br>P.O. Box 50709<br>Henderson, Nevada 89016<br>Tele: (877) 406-2916 |
| Aaron Bubolz, M.D.<br>COR/PMK/30(b)(6) | c/o Aurora Baycare Neurology<br>2845 Greenbrier Road<br>Green Bay, Wisconsin 54311<br>Tele: (920) 288-8000 |

(b) Defendant's witnesses:

| | |
|---|---|
| Marcus Brandt | c/o USAO-NV |
| Julie Clemons | c/o Paul Padda Law |
| Marvin Clemons | c/o Paul Padda Law |
| Juan Acosta | 4810 S. Nellis Blvd.<br>Las Vegas, Nevada 89121<br>Tele: (702) 689-4243 |
| Losana Ricardo | 4724 Lake Stream Ave.<br>Las Vegas, Nevada 89110 |

| | | |
|---|---|---|
| | Brittanie Dougherty | Tele: (702) 773-8055<br>4804 East Washington Ave.<br>Las Vegas, Nevada 89131<br>Tele: (702) 773-7921 |
| | Sarah Zimmerman | |
| | Zachary Lary | |
| | James Nestor | |
| | Jenny Neuman | |
| | Kim Montoya | |
| | LVMPD Officer Nakagawa (#5476) | c/o Las Vegas Metropolitan Police Department,<br>400 S. Martin Luther King Blvd.<br>Las Vegas, Nevada 89106<br>Tele: (702) 828-3111 |
| | Richard A. Rubenstein, M.D. (expert) | Plaza One Office Building<br>3220 Blume Drive, Suite 151<br>Richmond, CA 94806<br>Ph. 800-426-9558 |
| | Benjamin Bjerke, M.D. (expert) | c/o Benjamin Bjerke, MD Ltd.<br>12499 University Ave, Suite 210<br>Clive, IA 50325<br>Ph. 917-837-0302 |
| | Kevin J. Murphy, M.D. (expert) | c/o Sports Medicine Oregon<br>7300 SW Childs Rd., Suite B<br>Tigard, OR 97224<br>Ph. 503-692-8700 |
| | Mark Remas, MA, CRC, ABVE (expert) | c/o The Remas Group<br>7710 Balboa Ave., Suite 218-H<br>San Diego, CA 92111<br>Ph. (858) 560-6733 |
| | Mary A. Jesvko, MS, EdD, CCM, CDMS, CLCP (expert) | c/o Mary Jesko and Associates<br>11622 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Ph. (858) 663-7509 |
| | Eugenia A. Larmore, PhD, MBA (expert) | c/o EKAY Economic Consultants, Inc.<br>550 West Plumb Lane, B459<br>Reno, NV 89509<br>Ph. (775) 232-7203 |
| | Mario Tarquino, M.D. | c/o Quick Care Las Vegas<br>3111 S. Maryland Pkwy, #100<br>Las Vegas, Nevada 89109<br>Tele: (702) 732-7407 |
| | Travis Snyder, M.D.<br>Joseph Kavanaugh, M.D. | c/o SimonMed Imaging<br>P.O. Box 207465<br>Dallas, Texas 75320<br>Tele: (702) 723-8255 |

| Howard Francois, M.D.<br>Michael Schunk, M.D.<br>John Griffith, M.D.<br>Hubert Chin, M.D. | c/o Desert Radiologists<br>2020 Palomino Lane, #100<br>Las Vegas, Nevada 89106<br>Tele: (702) 228-0031 |
|---|---|
| Robert Chiascione, M.D.<br>Thomas Miller, PA-C | c/o Box Canyon Primary Care<br>2647 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>Tele: (702) 228-0031 |

## IX.

The attorneys have conferred and jointly offer these three trial dates:

October 24, 2022

November 7, 2022

November 14, 2022

It is expressly understood by the undersigned that the Court will set the trial of this matter on one of the agreed-upon dates if possible, if not, the trial will be set at the convenience of the Court's calendar.

## X.

It is estimated that the trial will take a total of 14-21 days.

APPROVED AS TO FORM AND CONTENT:

/s/ *Paul S. Padda*
_____
Counsel for Plaintiff

/s/ *Brianna Smith*
_____
Counsel for Defendant

## XI.

## ACTION BY THE COURT

This case is set for court on the fixed/stacked calendar on _____.

Calendar call will be held on _____.

Motions *in limine* to be filed by _____.

This pretrial order has been approved by the parties to this action as evidenced by their signatures or the signatures of their counsel hereon, and the other is hereby entered and will govern the trial of this case. This order may not be amended except by court order and based upon the parties' agreement or to prevent manifest injustice.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____