1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3
   ALLISON REPPOND
4  Assistant United States Attorney
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Allison.Reppond@usdoj.gov
7  *Attorneys for the United States*
8
                 **UNITED STATES DISTRICT COURT**
9                     **DISTRICT OF NEVADA**
10
   Julie A. Clemons,                      Case No. 2:19-cv-00248-JCM-BNW
11
                                          **Stipulation and Order to Extend**
12              Plaintiff,                 **Deadline to Submit Amended Joint**
                                          **Pretrial Order**
13      v.
                                          **(First Request)**
14 United States of America,
15              Defendant.

16        Pursuant to Federal Rule of Civil Procedure 6 and the LR IA 6-1 and LR 26-4, the
17 parties respectfully request that the Court approve this stipulation to extend the Joint Pretrial
18 Order deadline by 30 days. This is the parties' first request for an extension of their deadline
19 to submit their amended Joint Pretrial Order.
20        The parties filed their Joint Pretrial Order on May 9, 2022, when this matter was still
21 pending before the Honorable Richard F. Boulware. See ECF 64. Nearly four months later,
22 the matter was reassigned to this Court on August 31, 2022, after Judge Boulware recused
23 himself on August 30, 2022. ECF Nos. 67–68. On September 9, 2022, the Court set this matter
24 for trial on November 14, 2022, with calendar call set for November 9, 2022. ECF No. 69.
25 On September 14, 2022, the parties filed a stipulation seeking: 1) a stay of the November 14,
26 2022 trial setting; and 2) an order referring this matter for settlement conference. ECF Nos.
27 70-71. On September 15, 2022, the Court referred the matter for settlement conference to
28 occur on November 18, 2022. ECF No. 73. The Court also vacated the November 14 trial

1   setting on October 4, 2022. ECF No. 75. According to the Court's Order, the parties are to

2   submit an amended Joint Pretrial Order within 30 days of the November 18, 2022, settlement

3   conference if the parties were unable to resolve this matter. ECF Nos. 73, 75. Unfortunately,

4   the parties were unable to resolve this matter at the November 18, 2022, settlement

5   conference. The parties now seek a short, 30-day extension of the Joint Pretrial Order deadline

6   due to extenuating circumstances.

7           The lead attorney for Defendant is scheduled to leave the Nevada USAO on

8   December 23, 2022. This matter will be transferred to a new AUSA, who will need to get up

9   to speed on the case. Any pretrial and trial-related deadlines will also necessarily need to take

10   the new AUSA's schedule into account. An extension is also sought in light of ongoing

11   staffing considerations in the Civil Division of the U.S. Attorney's Office. AUSAs in the

12   Civil Division are handling a much higher workload than normal. From December 18, 2021,

13   until now, four of the 14 attorneys in the civil division have left the office. Two more

14   attorneys in the civil division, including Defendant's current lead attorney, will be

15   transferring to other U.S. Attorney's Offices by the end of 2022. Given those vacancies and

16   the increased workloads, additional time to submit the Joint Pretrial Order is appropriate

17   and necessary.

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1    The parties, therefore, agree to the following modification of their deadline to submit

2  an amended Joint Pretrial Order and respectfully propose that the deadline of December 19,

3  2022, be extended 30 days to **January 18, 2023.**

4    Respectfully submitted this 23rd day of November 2022.

5

6  /s/ Allison C. Reppond_____         /s/ Srilata Shah_____
   Allison C. Reppond, Esq.                    Srilata Shah, Esq.

7  Assistant United States Attorney            Paul Padda Law
   United States Attorney's Office             4560 South Decatur Blvd., Suite 300

8  501 Las Vegas Blvd. South, Suite 1100       Las Vegas, Nevada 89103
   Las Vegas, Nevada 89103                     Tele: (702) 366-1888

9  Tele: (702) 388-6336

10 *Attorney for Defendant*                     *Attorney for Plaintiff*

11

12                                             **IT IS SO ORDERED:**

13

14                                             _____

15                                             **UNITED STATES MAGISTRATE JUDGE**

16                                             **DATED:  November 30, 2022**

17

18

19

20

21

22

23

24

25

26

27

28