PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE A. CLEMONS; individually, | |
| Plaintiff, | |
| vs. | Case No. 2:19-cv-0248-JCM-EJY |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### STIPULATION TO PERMIT THE PARTIES TO FILE AN AMENDED PROPOSED JOINT PRETRIAL ORDER

Pursuant to Federal Rule of Civil Procedure 1, the parties respectfully request that the Court approve this Stipulation to permit the parties to file an amended proposed Joint Pretrial Order ("JPTO") on or before May 26, 2023. The parties seek to file an amended JPTO in this case that will shorten the length of trial, reduce the number of witnesses needed to testify and reduce the costs associated with the trial by stipulating in advance to certain matters. An amended JPTO will further the goal of ensuring the just, speedy and inexpensive determination of the issues at trial.

On January 18, 2023, Defendant filed a proposed JPTO agreed upon by both parties.

1

Julie A. Clemons v. United States of America,
United States District Court, Case No. 2:19-cv-0248-JCM-EJY
*Stipulation To Permit The Parties To File An Amended Proposed Joint Pretrial Order*
PPL No. 200439-15-05

ECF No. 86.  However, by Minute Order issued on March 31, 2023, the Court noted certain deficiencies in the JPTO and directed counsel for Defendant to refile a corrected copy.[1]  *See* ECF No. 87.  Following issuance of the Court's March 31, 2023 Minute Order, the parties have had the opportunity to further discuss this case and have agreed to certain stipulations that will significantly reduce the number of witnesses that will need to testify at trial.  Additionally, the parties believe they can stipulate to the admission of numerous medical records that will streamline and shorten the length of the trial in this case.  Accordingly, the parties respectfully request that the Court permit them to file an amended JPTO, rather than a corrected copy of the document that was previously filed on January 18, 2023, which will set forth certain stipulations regarding evidence in this case for the purpose of making the presentation of that evidence less cumbersome and streamline the trial.

      The parties respectfully request that the Court approve this Stipulation.  The additional time sought herein (16-days from the filing of this Stipulation) will provide sufficient time for the parties to prepare and file an amended JPTO while balancing case commitments in other matters.

. . .

. . .

. . .

. . .

---

[1] A corrected copy does not permit a party to substantively alter the previously filed document but rather limits a party to simply correcting the deficiencies noted by the Court and filing the same document.

2

Julie A. Clemons v. United States of America,
United States District Court, Case No. 2:19-cv-0248-JCM-EJY
*Stipulation To Permit The Parties To File An Amended Proposed Joint Pretrial Order*
PPL No. 200439-15-05

This Stipulation is not filed for the purpose of delay but rather to promote the goals set forth under FRCP 1.

Respectfully submitted,

/s/ *Richard T. Colonna*  /s/ *Paul S. Padda*
_____  _____
Richard T. Colonna, Esq.  Paul S. Padda, Esq.
Assistant United States Attorney  4560 South Decatur Blvd., Suite 300
United States Attorney's Office  Las Vegas, Nevada 89103
501 Las Vegas Blvd. South, Suite 1100  Tele: (702) 366-1888
Las Vegas, Nevada 89103
Tele: (702) 388-6336  Attorney for Plaintiff

Attorney for Defendant  Dated: May 10, 2023

Dated: May 10, 2023

**IT IS SO ORDERED:**

**The parties' stipulation to be permitted to file an amended proposed Joint Pretrial Order ("JPTO"), rather than a corrected copy of the previously filed JPTO (as directed by the Court's March 31, 2023 Minute Order) is hereby approved. The parties shall file an amended proposed JPTO on or before May 26, 2023.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED:  May 15, 2023

3

Julie A. Clemons v. United States of America,
United States District Court, Case No. 2:19-cv-0248-JCM-EJY
*Stipulation To Permit The Parties To File An Amended Proposed Joint Pretrial Order*
PPL No. 200439-15-05

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940