PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE A. CLEMONS; individually,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:19-cv-0248-JCM-EJY |

### STIPULATION TO PERMIT THE PARTIES TO FILE AN AMENDED PROPOSED JOINT PRETRIAL ORDER

### (SECOND REQUEST)

Pursuant to Federal Rule of Civil Procedure 1, the parties respectfully request that the Court approve this Stipulation to permit the parties to file an amended proposed Joint Pretrial Order ("JPTO") on or before June 5, 2023. Presently, the parties' JPTO is due on May 26, 2023. This is the parties' second request to extend the time to file a JPTO. As previously noted by the parties, an amended JPTO will shorten the length of trial, reduce the number of witnesses needed to testify and reduce the costs associated with the trial.

This Stipulation is necessary because undersigned counsel for Plaintiff has been ill

1

during the past two days and has not been able to dedicate the time needed to coordinate the filing of a JPTO. As a result of this illness, undersigned counsel for Plaintiff has been required to continue deadlines in other cases as well. The short deadline requested herein (5-business days) will permit the parties sufficient time to coordinate the filing of the JPTO after Plaintiff's counsel has recovered from his illness.

This Stipulation is not filed for the purpose of delay but rather to promote the goals set forth under FRCP 1 and to accommodate Plaintiff's counsel's need to recuperate.

| | Respectfully submitted, |
|---|---|
| /s/ *Richard T. Colonna* | /s/ *Paul S. Padda* |
| _____ | _____ |
| Richard T. Colonna, Esq. | Paul S. Padda, Esq. |
| Assistant United States Attorney | 4560 South Decatur Blvd., Suite 300 |
| United States Attorney's Office | Las Vegas, Nevada 89103 |
| 501 Las Vegas Blvd. South, Suite 1100 | Tele: (702) 366-1888 |
| Las Vegas, Nevada 89103 | |
| Tele: (702) 388-6336 | Attorney for Plaintiff |
| | |
| Attorney for Defendant | Dated: May 25, 2023 |
| | |
| Dated: May 25, 2023 | |

**IT IS SO ORDERED:**

**IT IS FURTHER ORDERED that on or before June 5, 2023, the parties must file the amended proposed Joint Pretrial Order.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: May 25, 2023**

2