PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JULIE A. CLEMONS; individually,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 2:19-cv-0248-JCM-EJY

**STIPULATION TO PERMIT THE PARTIES TO FILE AN AMENDED PROPOSED JOINT PRETRIAL ORDER**

**(FOURTH REQUEST)**

Pursuant to Federal Rule of Civil Procedure 1, the parties respectfully request that the Court approve this final Stipulation to permit the parties to file an amended proposed Joint Pretrial Order ("JPTO") on or before June 27, 2023. Mindful of the fact that the parties have previously requested extensions of time to file the JPTO, undersigned counsel wish to advise the Court that they do not anticipate seeking any further extensions. Presently, the parties' JPTO is due on June 13, 2023. This is the parties' fourth request to extend the time to file a JPTO. As previously noted by the parties, an amended JPTO will shorten the length of the

1

bench trial, reduce the number of witnesses needed to testify and reduce the costs associated with the bench trial.

This Stipulation is necessary and supported by good cause. Counsel for the United States is currently reviewing a proposed JPTO that was forwarded by Plaintiff's counsel. However, he will need additional time to fully review it. Counsel for the parties have a good working relationship and are working collaboratively to ensure that the trial is streamlined by avoiding each party calling numerous witnesses. To that end, the parties have agreed to stipulate to the admission of numerous medical records and bills to avoid having to call "PMK" and/or "Custodian of Records" type witnesses. There are additional agreements that can be reached to further ensure the trial is shortened and the parties are working to achieve resolution on certain issues. The additional time requested herein will permit the parties to continue discussing and reaching agreements on evidence that will shorten the trial.

This Stipulation is not being filed for the purpose of delay but rather to provide counsel for the United States sufficient time to review the proposed JPTO and to permit the parties to present the Court with a proposed Order that will streamline the trial in this case. Considering

. . .

. . .

. . .

. . .

. . .

. . .

2

Julie A. Clemons v. United States of America,
United States District Court, Case No. 2:19-cv-0248-JCM-EJY
*Stipulation To Permit The Parties To File An Amended Proposed Joint Pretrial Order*
PPL No. 200439-15-05

the foregoing, the parties respectfully request that the Court permit them to file a JPTO on or before June 27, 2023.  By filing this Stipulation, the parties certify that they are working diligently and in good faith to ensure they can make the trial in this case as efficient and streamlined as possible.

Respectfully submitted,

/s/ *Richard T. Colonna*          /s/ *Paul S. Padda*

Richard T. Colonna, Esq.            Paul S. Padda, Esq.
Assistant United States Attorney    *Counsel for Plaintiff*
*Counsel for Defendant*

Dated: June 13, 2023

Dated:  June 13, 2023

**IT IS SO ORDERED:**

**The parties' Stipulation is approved.  The amended proposed JPTO shall be filed no later than June 27, 2023.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  June 13, 2023**

3

Julie A. Clemons v. United States of America,
United States District Court, Case No. 2:19-cv-0248-JCM-EJY
*Stipulation To Permit The Parties To File An Amended Proposed Joint Pretrial Order*
PPL No. 200439-15-05